**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 186 MAL 2016

                   Respondent    :

                              :   Petition for Allowance of Appeal from
                              :   the Order of the Superior Court
           v.                 :

DOMENIC TRICOME,                :

                   Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.